# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Minnesota and North Dakota Bricklayers and Allied Craftworkers Fringe Benefit Funds,<br><br>          Plaintiffs,<br><br>vs.<br><br>All Agape Construction Co, LLC, a Minnesota limited liability company; and Robert Griffin,<br><br>          Defendants. | Civil File No. 07-3568 PAM/JSM<br><br>**INJUNCTION** |

Pursuant to this Court's Order dated November 15, 2007:

1. Defendants, and each of them, are to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendants are delinquent, together with interest and liquidated damages.

2. Defendants, and each of them, are to submit forthwith to Plaintiffs' TPA all their books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Defendants, and each of them, shall cooperate in all ways with this audit.

4. Defendants, and each of them, are required to post with Plaintiffs' TPA a cash or surety bond in the amount of $30,000.00 to the Minnesota and North Dakota Bricklayers and Allied Craftworkers Fringe Benefit Funds.

5. Defendants, acting through their directors, officers, agents, servants, employees, shareholders, and

all persons acting in privity or in concert with it, are MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

BY THE COURT:

Dated: November 15, 2007

s/ Paul A. Magnuson
PAUL A. MAGNUSON
United States District Judge