# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Minnesota and North Dakota Bricklayers and Allied Craftworkers Fringe Benefit Funds, | Civil File No. 07-3568 PAM/JSM |
| Plaintiffs, | |
| vs. | **ORDER FOR JUDGMENT** |
| All Agape Construction Co, LLC, a Minnesota limited liability company; and Robert Griffin, | |
| Defendants. | |

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendants, jointly and severally, and consistent with this Court's Order dated November 15, 2007.

Based upon the Court's Order dated November 15, 2007, the Affidavit of Stephen C. Kelly for Entry of Judgment, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

**ORDER**

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendants, jointly and severally, in the amount of $33,107.77.

Dated: February  1 , 2008        s/Paul A. Magnuson
                                 PAUL A. MAGNUSON
                                 United States District Judge